**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **PATRICE A GALLAGHER** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **12-22291GLT** |

# Form 4100N
# Notice of Final Cure Payment                                         10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | GREEN TREE SERVICING LLC |
| Court claim no. (if known): | 4-3 |
| Last 4 digits of any number you use to identify the debtor's account | 3 1 1 6 |
| Property Address: | 725 SIDNEY ST<br>GREENSBURG PA 15601 |

### Part 2: Cure Amount

**Total cure disbursements made by the trustee:**                              Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 22,350.86 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 22,350.86 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 22,350.86 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment | $ $594.93 |
| The next postpetition payment is due on | 5 / 1 / 2017 (MM/DD/YYYY) |

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                              **Notice of Final Cure Payment**                              page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **PATRICE A GALLAGHER** | Case number *(if known)* | **12-22291GLT** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour        Date  06/15/2017
Signature

Trustee         Ronda J. Winnecour

Address         CHAPTER 13 TRUSTEE WD PA
                600 GRANT STREET
                SUITE 3250 US STEEL TWR
                PITTSBURGH, PA  15219

Contact phone   (412) 471-5566              Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **PATRICE A GALLAGHER** | Case number *(if known)* | **12-22291GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **PRIMARY RES MORTGAGE ARREARS (Part 2 (b))** | | | | |
| 03/26/2013 | 0836148 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 243.10 |
| 04/24/2013 | 0840232 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 456.58 |
| 05/23/2013 | 0844396 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,056.60 |
| 07/25/2013 | 0853728 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 377.24 |
| 08/27/2013 | 0857912 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 473.32 |
| 09/26/2013 | 0862051 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 473.24 |
| 11/22/2013 | 0870241 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 413.13 |
| 01/28/2014 | 0878310 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 463.83 |
| 02/25/2014 | 0882420 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 465.33 |
| 03/25/2014 | 0886486 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 465.24 |
| 04/25/2014 | 0890561 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 465.17 |
| 05/28/2014 | 0894697 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 465.08 |
| 06/25/2014 | 0898741 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.99 |
| 07/24/2014 | 0902870 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.91 |
| 08/26/2014 | 0906925 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.82 |
| 09/29/2014 | 0911044 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.75 |
| 10/29/2014 | 0915111 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.47 |
| 11/24/2014 | 0919216 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.56 |
| 12/22/2014 | 0923840 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.47 |
| 01/27/2015 | 0927830 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.38 |
| 02/24/2015 | 0931953 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.29 |
| 03/26/2015 | 0935998 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.20 |
| 04/24/2015 | 0940124 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 465.05 |
| 05/26/2015 | 0944307 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 464.02 |
| 06/23/2015 | 0948303 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 463.92 |
| 07/28/2015 | 0952311 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 472.58 |
| 08/26/2015 | 0956387 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 472.48 |
| 09/28/2015 | 0960336 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 452.38 |
| 10/26/2015 | 0964250 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 452.28 |
| 11/24/2015 | 0968405 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.19 |
| 12/22/2015 | 0972454 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.09 |
| 01/26/2016 | 0976450 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.00 |
| 02/24/2016 | 0980429 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 456.89 |
| 03/28/2016 | 0984443 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 456.80 |
| 04/22/2016 | 0988693 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 456.69 |
| 05/24/2016 | 0992636 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 461.59 |
| 06/27/2016 | 1001379 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 461.48 |
| 07/26/2016 | 1005346 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 461.37 |
| 08/26/2016 | 1009340 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 461.26 |
| 09/27/2016 | 1013361 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 461.16 |
| 10/26/2016 | 1017250 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 461.04 |
| 11/21/2016 | 1020617 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 449.72 |
| 12/21/2016 | 1023873 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 449.60 |
| 01/27/2017 | 1027317 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 449.49 |
| 02/24/2017 | 1030758 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 453.09 |
| 03/28/2017 | 1034177 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 452.98 |
| 04/21/2017 | 1037514 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 612.43 |
| 05/25/2017 | 1040775 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 267.58 |
| | | | | 22,350.86 |
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 07/27/2012 | 0802916 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 754.99 |
| 08/30/2012 | 0807265 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 757.78 |
| 09/25/2012 | 0811488 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 757.84 |
| 10/29/2012 | 0815395 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 754.01 |
| 11/27/2012 | 0819550 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 746.60 |
| 12/21/2012 | 0823589 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 858.33 |
| 01/29/2013 | 0827699 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 783.42 |
| 02/25/2013 | 0832005 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 803.74 |
| 03/26/2013 | 0836148 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,130.29 |
| 04/24/2013 | 0840232 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 612.25 |
| 06/25/2013 | 0849534 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,089.69 |
| 07/25/2013 | 0853728 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 677.78 |

| Debtor 1 | **PATRICE A GALLAGHER** | Case number *(if known)* | **12-22291GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **PRIMARY RES MORTGAGE REGULAR PAYMENT  (Part 3) Continued...** | | | | |
| 08/27/2013 | 0857912 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 09/26/2013 | 0862051 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 10/08/2013 | | GREEN TREE SERVICING LLC | REALLOCATION OF CONTINUING DEBT | -6,630.83 |
| 11/19/2013 | | GREEN TREE SERVICING LLC | REALLOCATION OF CONTINUING DEBT | 7,347.00 |
| 12/23/2013 | 0874265 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,068.62 |
| 01/28/2014 | 0878310 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 02/25/2014 | 0882420 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 03/25/2014 | 0886486 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 04/25/2014 | 0890561 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 05/28/2014 | 0894697 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 06/25/2014 | 0898741 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 07/24/2014 | 0902870 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 08/26/2014 | 0906925 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 09/29/2014 | 0911044 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 10/29/2014 | 0915111 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 11/24/2014 | 0919216 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 12/22/2014 | 0923840 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 01/27/2015 | 0927830 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 02/24/2015 | 0931953 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 03/26/2015 | 0935998 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 04/24/2015 | 0940124 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 05/26/2015 | 0944307 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 06/23/2015 | 0948303 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 07/28/2015 | 0952311 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 08/26/2015 | 0956387 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 09/28/2015 | 0960336 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 10/26/2015 | 0964250 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 11/24/2015 | 0968405 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 12/22/2015 | 0972454 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 01/26/2016 | 0976450 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 02/24/2016 | 0980429 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 03/28/2016 | 0984443 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 04/22/2016 | 0988693 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 05/24/2016 | 0992636 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 06/27/2016 | 1001379 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 07/26/2016 | 1005346 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 08/26/2016 | 1009340 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 09/27/2016 | 1013361 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 10/26/2016 | 1017250 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 11/21/2016 | 1020617 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 12/21/2016 | 1023873 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 01/27/2017 | 1027317 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 02/24/2017 | 1030758 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 03/28/2017 | 1034177 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| 04/21/2017 | 1037514 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 594.93 |
| | | | | 36,498.57 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

PATRICE A GALLAGHER
725 SIDNEY STREET
GREENSBURG, PA  15601

EDGARDO D SANTILLAN ESQ
PROSTKO & SANTILLAN LLC
775 FOURTH ST
BEAVER, PA  15009

GREEN TREE SERVICING LLC
PO BOX 0049
PALATINE, IL  60055-0049

GREEN TREE **
BANKRUPTCY NOTICING SECTION**
POB 6154
RAPID CITY, SD  57709-6154

ANDREW F GORNALL ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


6/15/17

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee