Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Patrice A. Gallagher**  :  | Case No. 12–22291–GLT |
| *Debtor(s)*  : | Chapter: 13 |
|  : | |
| **RONDA J. WINNECOUR, Trustee,**  : | |
| *Movant(s),*  : | |
|  : | |
| v.  : | Related to Document No. 106 |
| **No Respondents**  : | |
| *Respondent(s).*  : | Hearing Date: 9/6/17 at 11:00 AM |
|  : | |
|  : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

     *AND NOW,* this **28th day of June, 2017**, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 106 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)   **On or before August 14, 2017**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)   This Motion is scheduled for hearing on ***September 6, 2017 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-22291-GLT
Patrice A. Gallagher                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2          Date Rcvd: Jun 28, 2017
                              Form ID: 604            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
```
db          +Patrice A. Gallagher,    725 Sidney Street,    Greensburg, PA 15601-4142
cr          +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
              Woodland Hills, CA 91364-6207
cr           ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13384793    +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13399161    +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13368876    +Aes/pheaa-keycon,    1200 N 7th St,    Harrisburg, PA 17102-1419
13397176     BANK OF AMERICA, N.A. - ETAL,    Bank of America, N.A.,    P.O. Box 660933,
              Dallas, TX 75266-0933
13397177     BANK OF AMERICA, N.A. SUCCESSOR - ETAL,    Bank of America, N.A.,    P.O. Box 660933,
              Dallas, TX 75266-0933
13368877    +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13544038    +Bank of America, N.A.,    c/o KML Law Group P.C.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13397180     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13455113     Bank of America, N.A.,    c/o Prober & Raphael,    Attorney for Secured Creditor,    P.O. Box 4365,
              Woodland Hills, CA 91365-4365
13368878    +Borough of Southwest Greensburg,    c/o Gary A. Falatovisch, Esq.,    Keystone Commons II,
              35 West Pittsburgh Street,    Greensburg, PA 15601-2323
13451542    +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13482758     Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13368879    +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
13368880    +Michael T. McKeever, Esquire,    Goldbeck, McCafferty & McKeever,
              Mellon Independence Center - Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1541
13368881     Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13368882     Pennsylvania Dept. of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
              Harrisburg, PA 17128-1041
13373638     Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 00:57:24     DITECH FINANCIAL LLC,
              P.O. Box 6154,    Rapid City, SD  57709-6154
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:23
              PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14647911     E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 00:57:24
              Ditech Financial LLC f/k/a Green Tree,    Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
13660154     E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 00:57:24     Green Tree Servicing LLC,
              PO Box 0049,    Palatine, IL 60055-0049
13368883     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:24    Portfolio Rc,
              Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13612948     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 01:16:08
              Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13452881     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:15
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13377665     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2017 00:57:46
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg PA 17128-0946
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
cr*         +AES/PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*          GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL  60055-0049
13368884   ##+Rui Credit Services In,    225 Broadhollowrd,    Melville, NY 11747-4809
13368885   ##+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                   TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: jhel              Page 2 of 2            Date Rcvd: Jun 28, 2017
                               Form ID: 604            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor Patrice A. Gallagher ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff Patrice A. Gallagher ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```