**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> PATRICE A GALLAGHER <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Repondents. | Case No.:12-22291 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 27, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/30/2012 and confirmed on 6/12/12. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 76,472.00 |
| Less Refunds to Debtor | 1.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,470.09 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,921.00 | |
|    Trustee Fee | 2,741.78 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,662.78 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3116 | | | | |
|   SOUTHWEST GREENSBURG BOROUGH | 446.39 | 446.39 | 155.87 | 602.26 |
|     Acct: XXXXXXXX1-12 | | | | |
|   SANTANDER CONSUMER USA** | 8,563.41 | 8,563.41 | 1,386.24 | 9,949.65 |
|     Acct: 5123 | | | | |
|   DITECH FINANCIAL LLC | 0.00 | 36,498.57 | 0.00 | 36,498.57 |
|     Acct: 6728 | | | | |
|   BANK OF AMERICA** | 455.52 | 455.52 | 0.00 | 455.52 |
|     Acct: 0319 | | | | |
|   DITECH FINANCIAL LLC | 22,350.86 | 22,350.86 | 0.00 | 22,350.86 |
|     Acct: 6728 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0319 | | | | |
| | | | | 69,856.86 |
| **Priority** | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICE A GALLAGHER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICE A GALLAGHER | 1.91 | 1.91 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PROSTKO & SANTILLAN LLC** | 1,921.00 | 1,921.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTILLAN LAW FIRM PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 615.50 | 615.50 | 0.00 | 615.50 |
|     Acct: 0263 | | | | |
| | | | | 615.50 |

12-22291                                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXX4599 | | | | |
| ECMC(*) | 7,509.71 | 266.25 | 0.00 | 266.25 |
|    Acct: 0263 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXXX0006 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 773.53 | 27.42 | 0.00 | 27.42 |
|    Acct: 9359 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXX4601 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXX4600 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXX4602 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,121.48 | 39.76 | 0.00 | 39.76 |
|    Acct: 8155 | | | | |
| RUI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX8659 | | | | |
| PA DEPARTMENT OF REVENUE* | 42.74 | 1.52 | 0.00 | 1.52 |
|    Acct: 0263 | | | | |
| | | | | 334.95 |

TOTAL PAID TO CREDITORS                                                                                   70,807.31

TOTAL
  CLAIMED         615.50
  PRIORITY     31,816.18
  SECURED       9,447.46

Date: 06/27/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    PATRICE A GALLAGHER<br><br>                 Debtor(s)<br><br>    Ronda J. Winnecour<br>              Movant<br>            vs.<br>    No Repondents. | Case No.:12-22291<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                            BY THE COURT:

                                                                            _____
                                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-22291-GLT
Patrice A. Gallagher                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Jun 28, 2017
                      Form ID: pdf900          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
```
db            +Patrice A. Gallagher,    725 Sidney Street,    Greensburg, PA 15601-4142
cr            +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
                Woodland Hills, CA 91364-6207
cr             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13384793      +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13399161      +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13368876      +Aes/pheaa-keycon,    1200 N 7th St,    Harrisburg, PA 17102-1419
13397176       BANK OF AMERICA, N.A. - ETAL,    Bank of America, N.A.,    P.O. Box 660933,
                Dallas, TX 75266-0933
13397177       BANK OF AMERICA, N.A. SUCCESSOR - ETAL,    Bank of America, N.A.,    P.O. Box 660933,
                Dallas, TX 75266-0933
13368877      +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13544038      +Bank of America, N.A.,    c/o KML Law Group P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13397180       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13455113       Bank of America, N.A.,    c/o Prober & Raphael,    Attorney for Secured Creditor,    P.O. Box 4365,
                Woodland Hills, CA 91365-4365
13368878      +Borough of Southwest Greensburg,    c/o Gary A. Falatovisch, Esq.,    Keystone Commons II,
                35 West Pittsburgh Street,    Greensburg, PA 15601-2323
13451542      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13482758       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13368879      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
13368880      +Michael T. McKeever, Esquire,    Goldbeck, McCafferty & McKeever,
                Mellon Independence Center - Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1541
13368881       Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13368882       Pennsylvania Dept. of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                Harrisburg, PA 17128-1041
13373638       Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 00:57:24    DITECH FINANCIAL LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:10
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14647911       E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 00:57:24
                Ditech Financial LLC f/k/a Green Tree,    Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
13660154       E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 00:57:24    Green Tree Servicing LLC,
                PO Box 0049,    Palatine, IL 60055-0049
13368883       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:23    Portfolio Rc,
                Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13612948       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:23
                Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13452881       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:17
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13377665       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2017 00:57:45
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
                                                                                               TOTAL: 8
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
cr*           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*            GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL 60055-0049
13368884     ##+Rui Credit Services In,    225 Broadhollowrd,    Melville, NY 11747-4809
13368885     ##+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                   TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel                  Page 2 of 2             Date Rcvd: Jun 28, 2017
                              Form ID: pdf900             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor Patrice A. Gallagher ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff Patrice A. Gallagher ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```