IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PATRICE A GALLAGHER

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:12-22291

Chapter 13

Related to Dkt. No. 106

FILED
8/16/17 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ____16th____ day of ____August____, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:  Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: August 16, 2017

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                           Case No. 12-22291-GLT
Patrice A. Gallagher                                             Chapter 13
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil                 Page 1 of 2            Date Rcvd: Aug 17, 2017
                              Form ID: pdf900            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db            +Patrice A. Gallagher,    725 Sidney Street,    Greensburg, PA 15601-4142
cr            +Bank of America, N.A. c/o Prober & Raphael, A Law,     20750 Ventura Blvd, Suite 100,
                Woodland Hills, CA 91364-6207
cr            +DITECH FINANCIAL LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13384793      +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13399161      +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13368876      +Aes/pheaa-keycon,    1200 N 7th St,    Harrisburg, PA 17102-1419
13397176       BANK OF AMERICA, N.A. - ETAL,    Bank of America, N.A.,    P.O. Box 660933,
                Dallas, TX 75266-0933
13397177       BANK OF AMERICA, N.A. SUCCESSOR - ETAL,     Bank of America, N.A.,    P.O. Box 660933,
                Dallas, TX 75266-0933
13368877      +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13544038      +Bank of America, N.A.,    c/o KML Law Group P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13397180       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13455113       Bank of America, N.A.,    c/o Prober & Raphael,    Attorney for Secured Creditor,   P.O. Box 4365,
                Woodland Hills, CA 91365-4365
13368878      +Borough of Southwest Greensburg,    c/o Gary A. Falatovisch, Esq.,     Keystone Commons II,
                35 West Pittsburgh Street,    Greensburg, PA 15601-2323
13451542      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13482758       Educational Credit Management Corporation,     P.O. Box 16408,   St. Paul, MN 55116-0408
13368879      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
13368880      +Michael T. McKeever, Esquire,    Goldbeck, McCafferty & McKeever,
                Mellon Independence Center - Suite 5000,     701 Market Street,    Philadelphia, PA 19106-1541
13368881       Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13368882       Pennsylvania Dept. of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                Harrisburg, PA 17128-1041
13373638       Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: bankruptcy.bnc@ditech.com Aug 18 2017 01:13:01      DITECH FINANCIAL LLC,
                P.O. Box 6154,    Rapid City, SD  57709-6154
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2017 01:19:35
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14647911       E-mail/Text: bankruptcy.bnc@ditech.com Aug 18 2017 01:13:01
                Ditech Financial LLC f/k/a Green Tree,    Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
13660154       E-mail/Text: bankruptcy.bnc@ditech.com Aug 18 2017 01:13:01      Green Tree Servicing LLC,
                PO Box 0049,    Palatine, IL 60055-0049
13368883       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2017 01:19:40      Portfolio Rc,
                Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13612948       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2017 01:19:40
                Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13452881       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2017 01:19:44
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13377665       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2017 01:13:05
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
cr*           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*            GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL 60055-0049
13368884     ##+Rui Credit Services In,    225 Broadhollowrd,    Melville, NY 11747-4809
13368885     ##+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2              User: bsil                Page 2 of 2                  Date Rcvd: Aug 17, 2017
                                  Form ID: pdf900           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor Patrice A. Gallagher ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff Patrice A. Gallagher ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```