IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 12-22291-GLT |
| | : | Chapter: 13 |
| Patrice A. Gallagher | : | |
| | : | Date: 9/6/2017 |
| *Debtor(s).* | : | Time: 09:00 |

**FILED**
SEP 07 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*   #113 - U.S. Trustee's Motion for Escrow Account Reconciliation Statement by Ditech Financial LLC, including Waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus
[Response due: 8-30-17]

*APPEARANCES:*

    Ditech:   Jared Roach and Maura Nuno
    U.S.T.:   Norma Hildenbrand

*NOTES:*

Hildenbrand: Received escrow analysis, which shows a $1,453.92 surplus.

*OUTCOME:*

1. On or before September 11, 2017, the trustee shall file a motion to approve the stipulation with Ditech and self-schedule it for October 4, 2017 at 1:30 p.m. (Text Order to issue.)

2. The Motion for Escrow Account Reconciliation Statement by Ditech Financial LLC, including Waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus [Dkt. No. 113] is continued to October 4, 2017 at 1:30 p.m. (Text Order to issue.)

**DATED:**  9/6/2017