FILED
9/13/17 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PATRICE A. GALLAGHER<br><br>     DEBTOR.<br>_____<br><br>UNITED STATES TRUSTEE,<br><br>     MOVANT,<br><br>     v.<br><br>DITECH FINANCIAL LLC<br>f/k/a GREEN TREE SERVICING LLC<br><br>RESPONDENT. | CASE NUMBER: 12-22291 GLT<br><br>CHAPTER 13<br><br><br><br>Related to Dkt. No. 124 and 113<br><br>Hearing Date and Time:<br>**November 1, 2017 at 10:30 a.m.**<br><br>Response Deadline:<br>**September 27, 2017** |

**MODIFIED ORDER**

AND NOW, on this    13th    day of    September,    2017 on the Request of the United States Trustee to Continue the Motion for Escrow Account Reconciliation, including waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus, it is hereby;

**ORDERED, ADJUDGED**, and **DECREED** that: (1) the deadline for the Chapter 13 Trustee to file and self-schedule a *Motion to Approve Stipulation with Ditech* ("*Motion*") is extended to **September 27, 2017.** (2) the hearing on the proposed *motion*, and the *Motion for Escrow Account Reconciliation, including waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus* [Dkt. No. 113] is rescheduled to be held on **November 1, 2017 at 10:30 a.m**. in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

PREPARED BY:
Norma Hildenbrand

GREGORY L. TADDONIO  cgt
UNITED STATES BANKRUPTCY COURT

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.