UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> PATRICE A. GALLAGHER <br><br> DEBTOR. <br> _____ <br><br> UNITED STATES TRUSTEE, <br><br>     MOVANT, <br><br>   v. <br><br> DITECH FINANCIAL LLC <br> f/k/a GREEN TREE SERVICING LLC <br><br> RESPONDENT. | CASE NUMBER: 12-22291 GLT <br><br> CHAPTER 13 <br><br> Related to Doc. No. 126 <br><br> Hearing Date and Time: <br> November 1, 2017 at 10:30 a.m. <br><br> Response Deadline: <br> September 27, 2017 |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served a copy of the Order Granting Request to Continue Hearing upon all parties listed below via e-mail on September 14, 2017.


Edgardo Santillan, Esquire                          Maura P. Nuno, Esquire
ed@santillanlaw.com                                 mnuno@reedsmith.com

Jared S. Roach, Esquire
JRoach@ReedSmith.com

Ronda J. Winnecour, Esquire
rwinnecour@chapter13trusteewdpa.com


Dated: September 14, 2017     By:    /s/ Norma Hildenbrand
                                     Norma Hildenbrand, Trial Attorney
                                     PA ID 70421
                                     Liberty Center, Suite 970
                                     1001 Liberty Avenue
                                     Pittsburgh, Pennsylvania 15222
                                     Telephone: (412) 644-4756
                                     Facsimile: (412) 644-4785
                                     E-mail: Norma.L.Hildenbrand@usdoj.gov