IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NUMBER 12-22291-GLT |
| PATRICE A. GALLAGHER, | Chapter 13 |
| Debtor. | Related to Doc. No. 131 |
| UNITED STATES TRUSTEE | Hearing Date and Time: November 1, 2017 at 10:30 a.m. |
| Movant, v. | |
| DITECH FINANCIAL LLC, f/k/a GREEN TREE SERVICING LLC | |
| Respondent. | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Stipulated and Agreed Order on October 3, 2017 on the parties at the addresses listed below.  The number served by electronic filing was 4.

Jared S. Roach        JRoach@ReedSmith.com
Maura P. Nuno         MNuno@reedsmith.com
Ronda Winnecour       rwinnecour@chapter13trusteewdpa.com
Edgardo D. Santillan  ed@santillanlaw.com


October 3, 2017                      By: /s/Norma Hildenbrand
                                     Norma Hildenbrand, Trial Attorney
                                     PA ID 70421
                                     1001 Liberty Avenue
                                     Liberty Center, Suite 970
                                     Pittsburgh, Pennsylvania 15222
                                     (412) 644-4756 Telephone
                                     (412) 644-4785 Facsimile
                                     Norma.L.Hildenbrand@usdoj.gov