**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICE A GALLAGHER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:12-22291 GLT<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/30/2012 and confirmed on 06/12/2012. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,916.67 |
| Less Refunds to Debtor | 1,446.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,470.09 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,921.00 | |
|   Trustee Fee | 2,741.78 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,662.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3116 | | | | |
|   SOUTHWEST GREENSBURG BOROUGH | 446.39 | 446.39 | 155.87 | 602.26 |
|     Acct: XXXXXXXX1-12 | | | | |
|   SANTANDER CONSUMER USA** | 8,563.41 | 8,563.41 | 1,386.24 | 9,949.65 |
|     Acct: 5123 | | | | |
|   DITECH FINANCIAL LLC | 0.00 | 36,498.57 | 0.00 | 36,498.57 |
|     Acct: 6728 | | | | |
|   BANK OF AMERICA** | 455.52 | 455.52 | 0.00 | 455.52 |
|     Acct: 0319 | | | | |
|   DITECH FINANCIAL LLC | 22,350.86 | 22,350.86 | 0.00 | 22,350.86 |
|     Acct: 6728 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0319 | | | | |
| | | | | 69,856.86 |
| **Priority** | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 12-22291 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority
| | | | | |
|---|---|---|---|---|
| PATRICE A GALLAGHER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PATRICE A GALLAGHER<br>Acct: | 1.91 | 1.91 | 0.00 | 0.00 |
| PATRICE A GALLAGHER<br>Acct: | 1,444.67 | 1,444.67 | 0.00 | 0.00 |
| PROSTKO & SANTILLAN LLC**<br>Acct: | 1,921.00 | 1,921.00 | 0.00 | 0.00 |
| EDGARDO D SANTILLAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| EDGARDO D SANTILLAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTILLAN LAW FIRM PC<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 0263 | 615.50 | 615.50 | 0.00 | 615.50 |
| | | | | 615.50 |

Unsecured
| | | | | |
|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: XXXX4599 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 0263 | 7,509.71 | 266.25 | 0.00 | 266.25 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: XXXXXXXXXXXX0006 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 9359 | 773.53 | 27.42 | 0.00 | 27.42 |
| NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: XXXX4601 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: XXXX4600 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: XXXX4602 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 8155 | 1,121.48 | 39.76 | 0.00 | 39.76 |
| RUI CREDIT SERVICES<br>Acct: XXX8659 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 0263 | 42.74 | 1.52 | 0.00 | 1.52 |
| | | | | 334.95 |

TOTAL PAID TO CREDITORS                                                                                                      70,807.31

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 615.50 |
| SECURED | 31,816.18 |
| UNSECURED | 9,447.46 |

Date: 11/20/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com